Filed 1/6/15  P. v. Lyons CA2/1

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE,<br><br>     Plaintiff and Respondent,<br><br>     v.<br><br>CAMERON LYONS,<br><br>     Defendant and Appellant. | B258135<br><br>(Los Angeles County<br>Super. Ct. No. 4PR03247) |

     APPEAL from an order of the Superior Court of Los Angeles County.  Donald S. Kennedy, Commissioner.  Affirmed.

     Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

     No appearance for Plaintiff and Respondent.

_____

As part of a settled disposition, Cameron Lyons admitted an allegation he violated the terms of his post-release community supervision by failing to maintain contact with his probation officer as instructed. The petition indicates probation officers made a number of unsuccessful attempts to contact and visit Lyons from May 6 through May 11, 2014, and Lyons did not call them in response to messages they left on his phone. In conformity with the settlement, the trial court found Lyons in violation of the terms of his supervision and revoked it, then reinstated it on the same terms, with an order to serve 90 days in jail. Lyons filed a timely appeal from that order.

We appointed counsel to represent Lyons on appeal. After examination of the record, counsel filed an opening brief raising no issues and asking this court independently to review the record. On October 16, 2014, we advised Lyons he had 30 days within which to personally submit any contentions or issues he wished us to consider. To date, we have received no response.

We have examined the entire record and are satisfied that counsel for Lyons has fully complied with his responsibilities and that no arguable issues exist. (*People v. Kelly* (2006) 40 Cal.4th 106, 109–110; *People v. Wende* (1979) 25 Cal.3d 436, 441.)

**DISPOSITION**

The order is affirmed.

NOT TO BE PUBLISHED

BENDIX, J.*

We concur:


ROTHSCHILD, P. J.


JOHNSON, J.

---

**\*** Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.